THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JULIAN ISQUITH, True Name JULIAN ROBERT ISQUITH, Appellant.— Judgment of the County Court of Queens County, convicting the defendant of the crime of abortion, unanimously affirmed, pursuant to the provisions of section 542, Code of Criminal Procedure. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK Respondent, v. JOHN J. MCMAHON, JR., as Substituted Receiver, etc., of MONTHLY INCOME SHARES, INC., and Others, Respondents, and EUGENE L. GAREY, Intervenor, Appellant.— On the court's own motion, the decision of this court handed down January 6, 1941 [*ante*, p. 824], is amended to read as follows: In a proceeding instituted by the Attorney-General of the State of New York under article 23-A of the General Business Law (Consol. Laws, ch. 20), known as the Martin Act, the intervenor appeals (a) from an order confirming the referee's report and dismissing the intervenor's claim, and (b) from an order settling the accounts of the receiver, awarding fees and appointing a successor receiver. Orders unanimously affirmed, with one bill of fifty dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

### (January 27, 1941.)

LAURA BOND, Respondent, Appellant, v. AUSTIN BOND, Appellant, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

HELEN BROWNE, Appellant, v. JOHN L. RICE, Commissioner of Health, City of New York, and Others, Respondents, and Others, Defendants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

JOSEPH BUCKIN, SR., Respondent, v. THE LONG ISLAND RAIL ROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

BESSIE DIVACK, Appellant, v. FLATBUSH SAVINGS BANK, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

C. WILLIAM FINKELSTEIN, Respondent, v. FRED GRETSCH, JR., Treasurer of National Association of Musical Merchandise Wholesalers, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

FORT GREENE PACKING CO., INC., Respondent, v. MASSACHUSETTS BONDING AND INSURANCE Co., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.